# Court of Appeals
# of the State of Georgia

ATLANTA,_ December 06, 2022 _

*The Court of Appeals hereby passes the following order:*

## A23D0120. PATRICK BASS v. THE STATE.

In September 2007, Patrick Bass pleaded guilty to aggravated assault, escape, and other crimes. Bass filed a petition for habeas corpus, which was denied. In 2011, the Supreme Court of Georgia reversed the habeas court due to a sentencing error regarding the escape count. The case was remanded, and the trial court entered an order of nolle prosequi on the escape charge on June 6, 2011.

On June 25, 2021, Bass filed a "Request Order Vacating Conviction Habeas Corpus / Uncounseled Hearing" in the trial court under his original criminal case number. According to the trial court,[1] Bass argued that his convictions should be vacated because he was not counseled during critical stages and was abandoned by court-appointed counsel. The trial court denied the motion, and Bass filed an application for a certificate of probable cause in the Supreme Court. The Supreme Court docketed the pleading as an application for discretionary appeal and transferred the application here, explaining that Bass's motion did not constitute a habeas matter because it was filed in his original criminal action. See Case No. S23D0232 (Oct. 24, 2022).

In substance, Bass's motion constitutes a motion to set aside his criminal convictions. See *Marshall v. State*, 229 Ga. 841, 841 (1) (195 SE2d 12) (1972) (substance controls over nomenclature in consideration of pleadings). However, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case[,]" *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009),

---

[1] Bass did not include a copy of his motion in the application materials.

and any appeal from an order denying such a motion must be dismissed. See id. at 218 (2); see also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

Because Bass is not authorized to collaterally attack his convictions in this manner, this discretionary application is hereby DISMISSED. His "Motion for Summary Judgment," filed on November 23, 2022, is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,___12/06/2022_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*